AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LARRY RYAN WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 419-321

ANY AND ALL OFFICERS, AGENTS, DEPARTMENTS, AND AGENCIES INVOLVED,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 17, 2022, Plaintiff's Complaint is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B). This case stands closed.

| March 18, 2022 |  | John E. Triplett, Clerk of Court |
|---|---|---|
| Date | | Clerk |
| | | *Candy Cashell* |
| | | (By) Deputy Clerk |

GAS Rev 10/2020